UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VERGIL THOMAS, ) <br> ) <br> Defendants. ) | No. 4:12CR162(JCH) |

**ORDER**

**IT IS HEREBY ORDERED** that this case is set for trial on **July 9, 2012**, in the courtroom of the undersigned at 9 a.m.

Dated this 6th day of June, 2012

                                                \s\ Jean C. Hamilton
                                    UNITED STATES DISTRICT JUDGE